GORDON L. SUMMERS, Appellant, *v.* CARL WINTERS, SR., et al., Respondents.

(Argued December 13, 1933; decided January 9, 1934.)

*Clayton R. Lusk* for appellant.

*George G. Coughlin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.